AGNES H. SHEENAN, Appellant, *v.* SPRING VALLEY WOOD PRODUCTS CORPORATION, Respondent, Impleaded with Others.

*Mortgage — real property transferred subject to mortgages containing usual clause for insurance against fire — when mortgagee has no interest in proceeds of policies procured by new owner for its own benefit.*

*Sheenan* v. *Spring Valley Wood Products Corpn.*, 194 App. Div. 119, affirmed.

(Submitted March 9, 1922; decided March 24, 1922.)

APPEAL from a judgment, entered December 24, 1920, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The defendant, respondent, purchased, on April 15, 1918, a plot of ground with a factory building thereon, subject to three mortgages aggregating $13,000, but did not assume or agree to pay any of them. Two of the mortgages, amounting to $7,000, were and are owned by the plaintiff. Each of the. plaintiff's mortgages contained a clause that the mortgagor will keep the building on said premises insured against loss by fire for the benefit of the mortgagee. The defendant, respondent, insured the building and contents with

the defendant insurance companies for its own benefit. On May 12, 1920, the building was totally destroyed by fire. Thereafter plaintiff demanded that respondent assign to her insurance moneys to the amount of her bonds and mortgages, which respondent refused to do. The action was to have it adjudged that plaintiff was the equitable owner of insurance moneys due on the insurance policies to the extent of her mortgages.

*Frank Comesky* for appellant.

*Samuel L. Wallerstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.